UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
- - - - - - - -

HARPREET P. SINGH,

        Plaintiff,                    No. 1:07-CV-1117

v.                                     HON. JANET T. NEFF
                                     U.S. District Judge
MICHAEL CHERTOFF, Secretary
of Homeland Security, EMILIO        HON. JOSEPH G. SCOVILLE
GONZALEZ, U.S. Citizenship          U.S. Magistrate Judge
and Immigration Services; ROBERT S.
MULLER, Federal Bureau of
Investigation,

        Defendants.
_____/

## **STIPULATION TO DISMISS**

    Plaintiff, Harpreet Singh, and Defendants, through their respective counsel, hereby stipulate and agree to a dismissal of Plaintiff's Original Complaint for Writ in the Nature of Mandamus, with prejudice and without costs or attorneys' fees to any party, for the reason that Plaintiff's Application for Naturalization has been adjudicated and Plaintiff has been notified to appear for a Naturalization Oath Ceremony.

Dated:  February 12, 2008                 /s/ Jose A. Sandoval (w/consent)
                                                  JOSE A. SANDOVAL
                                                  Law Office of Jose A. Sandoval, P.C.
                                                  4543 S. Division Ave.
                                                  Wyoming, MI 49548
                                                  (616) 257-6807
                                                  *Attorney for Plaintiff*

Dated:  February 12, 2008             /s/  Ryan D. Cobb
                                                  RYAN D. COBB (P64773)
                                                  Assistant United States Attorney
                                                  P.O. Box 208
                                                  Grand Rapids, MI 49501-0208
                                                  (616) 456-2404
                                                  *Attorneys for Defendants*